## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-10120** |
| **Adam L Williams** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **The Bank of New York Mellon, f/k/a The** : | **Date and Time of Hearing** |
| **Bank of New York, successor in interest** : | **Place of Hearing** |
| **to JPMorgan Chase Bank, N.A. as** : | **March 20, 2018 at 01:00 p.m.** |
| **Trustee for Bear Stearns Asset Backed** : | |
| **Securities Trust 2006-2, Asset-Backed** : | **U.S. Bankruptcy Court** |
| **Certificates,Series 2006-2** : | **900 Market Street, Courtroom #1** |
| **Movant,** : | **Philadelphia, PA, 19107** |
| : | |
| **vs** : | |
| : | |
| **Adam L Williams** : | |
| : | |
| **William C. Miller** : | |
| **Respondents.** : | |

### ORDER CONFIRMING THE INAPPLICABILITY OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(C)(3)(A)

AND NOW, this \_\_\_\_ day of _____, 2018, upon consideration of the Motion of The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates, Series 2006-2 for an Order Confirming the Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(C)(3)(A)  and for good cause shown, that the Motion is granted and that the Automatic Stay is not in effect as it affects the interest of The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates, Series 2006-2  in and to the Real Property of Debtor located at 1414 E Barringer Street, Philadelphia, Pennsylvania, 19150.

18-001347_SCS2

                                                Eric L. Frank
                                                United States Bankruptcy Judge

CC:

   Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

   United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

   William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

   Michael A. Cibik, Attorney for Adam L Williams, 1500 Walnut Street, Suite 900, Philadelphia, PA  19102, ecf@ccpclaw.com (notified by ecf)

   Adam L Williams, 1414 Barringer Street, Philadelphia, PA  19150 (notified by regular US Mail)

   Adam L Williams, 1414 E Barringer Street, Philadelphia, PA  19150 (notified by regular US Mail)

18-001347_SCS2