# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10120** |
| **Adam L Williams** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **The Bank of New York Mellon, f/k/a The** | : | **Date and Time of Hearing** |
| **Bank of New York, successor in interest** | : | **Place of Hearing** |
| **to JPMorgan Chase Bank, N.A. as** | : | **March 20, 2018 at 01:00 p.m.** |
| **Trustee for Bear Stearns Asset Backed** | : | |
| **Securities Trust 2006-2, Asset-Backed** | : | **U.S. Bankruptcy Court** |
| **Certificates, Series 2006-2** | : | **900 Market Street, Courtroom #1** |
| **Movant,** | : | **Philadelphia, PA, 19107** |
| | : | |
| **vs** | : | |
| | : | |
| **Adam L Williams** | : | |
| | : | |
| **William C. Miller** | : | |
| **Respondents.** | : | |
| | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates, Series 2006-2 has filed a Motion of The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates, Series 2006-2 for an Order Confirming Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(C)(3)(A) with the Court to permit The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates, Series 2006-2 to foreclose on the real property at 1414 E Barringer Street, Philadelphia, PA 19150.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 4, 2018, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

18-001347_SCS2

**Clerk, U.S. Bankruptcy Court**
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B.  Mail a copy to the Creditor's attorney and the below listed:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on March 20, 2018 at 01:00 p.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #1, Philadelphia, PA, 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  __2/15/18_____

18-001347_SCS2