**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-10120** |
| **Adam L Williams** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **The Bank of New York Mellon, f/k/a The** : | **Date and Time of Hearing** |
| **Bank of New York, successor in interest** : | **Place of Hearing** |
| **to JPMorgan Chase Bank, N.A. as** : | **March 20, 2018 at 01:00 p.m.** |
| **Trustee for Bear Stearns Asset Backed** : | |
| **Securities Trust 2006-2, Asset-Backed** : | **U.S. Bankruptcy Court** |
| **Certificates, Series 2006-2** : | **900 Market Street, Courtroom #1** |
| **Movant,** : | **Philadelphia, PA, 19107** |
| : | |
| **vs** : | |
| : | |
| **Adam L Williams** : | |
| : | |
| **William C. Miller** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion of The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates, Series 2006-2 for an Order Confirming the Inapplicability of the Automatic Stay Pursuant to 11 U.S.C. § 362(C)(3)(A) and Notice of Motion were served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Michael A. Cibik, Attorney for Adam L Williams, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102, ecf@ccpclaw.com

18-001347_SCS2

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 15, 2018:

Adam L Williams, 1414 Barringer Street, Philadelphia, PA 19150

Adam L Williams, 1414 E Barringer Street, Philadelphia, PA 19150

DATE: 2/15/18

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-001347_SCS2