## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adam L. Williams | CHAPTER 13 |
| | BKY. NO. 18-10120 ELF |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, f/k/a/ The Bank of New York, successor in interest to JPMorgan Chase bank, N.A. as trustee for Bear Stearns asset Backed Certificates, Series 2006-2 and index same on the master mailing list.

    Respectfully submitted,
    **/s/Kevin G. McDonald, Esq.**
    Kevin G. McDonald, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322