# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Adam L. Williams<br>　　　　　　　　　Debtor(s)<br><br>Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a/ The Bank of New York, successor in interest to JPMorgan Chase bank, N.A. as trustee for Bear Stearns asset Backed Certificates, Series 2006-2<br>　　　　　　　　　v.<br>Adam L. Williams<br>　　　　　　　and<br>William C. Miller Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br><br>NO. 18-10120 ELF |

## ORDER

AND NOW, this 19th day of September, 2019 upon the filing of a Certification of Default by the Movant in accordance with the prior Stipulation of the parties, it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 is **MODIFIED** to allow Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a/ The Bank of New York, successor in interest to JPMorgan Chase bank, N.A. as trustee for Bear Stearns asset Backed Certificates, Series 2006-2 and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1414 East Barringer Street Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**