**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Adam Williams

    DEBTOR : BKY. NO. 18-10120ELF13

**ORDER**

AND NOW, this 27th day of December, 2019 upon consideration of the Debtor's Motion to Extend Time to File a Stipulation.

It is hereby Ordered that the parties have until **January 10, 2020** to file a stipulation resolving the motion to reconsider relief order.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**