United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10120-elf
Adam L. Williams                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 1           Date Rcvd: Dec 27, 2019
                              Form ID: pdf900           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
db             +Adam L. Williams,    1414 Barringer Street,    Philadelphia, PA 19150-3703
cr             +The Bank of New York Mellon f/k/a The Bank of New,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr              WELLS FARGO BANK, N.A.,    MAC N9286-01Y,   1000 Blue Gentian Road,    Eagan, MN  55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Dec 28 2019 02:36:00      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Dec 28 2019 02:35:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2019 02:35:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 28 2019 02:35:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
              KARINA  VELTER    on behalf of Creditor    THE BANK OF NEW YORK MELLON amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon et al ...
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Adam L. Williams ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Adam L. Williams ecf@ccpclaw.com, igotnotices@ccpclaw.com
              SARAH ELISABETH BARNGROVER    on behalf of Creditor    THE BANK OF NEW YORK MELLON
               amps@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Adam Williams | | |
| DEBTOR | : | BKY. NO.   18-10120ELF13 |

## ORDER

AND NOW, this  27th  day of  December , 2019 upon consideration of the Debtor's Motion to Extend Time to File a Stipulation.

It is hereby Ordered that the parties have until **January 10, 2020** to file a stipulation resolving the motion to reconsider relief order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**