```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 18-10120-elf
Adam L. Williams                                                    Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: JEGilmore          Page 1 of 1        Date Rcvd: Jan 15, 2020
                              Form ID: pdf900          Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Adam L. Williams,    1414 Barringer Street,    Philadelphia, PA 19150-3703
cr             +The Bank of New York Mellon f/k/a The Bank of New,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr              WELLS FARGO BANK, N.A.,    MAC N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Jan 16 2020 03:14:30      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:11      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          KARINA   VELTER    on behalf of Creditor    THE BANK OF NEW YORK MELLON amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon et al ...
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Adam L. Williams ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Adam L. Williams ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York bkgroup@kmllawgroup.com
          SARAH ELISABETH BARNGROVER    on behalf of Creditor    THE BANK OF NEW YORK MELLON
           amps@manleydeas.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9
```

*stip does not directly affect confirmed plan.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Adam L. Williams <br> Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon, f/k/a/ The Bank of New York, successor in interest to JPMorgan Chase bank, N.A. as trustee for Bear Stearns asset Backed Certificates, Series 2006-2 <br> Movant <br> vs. <br> Adam L. Williams <br> Debtor <br> William C. Miller, Esquire <br> Trustee | NO. 18-10120 ELF <br><br> 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On or before January 31, 2020, the Debtor shall cure all post-petition arrears by making a payment in the amount of **$1,120.39**;

2. Debtor(s) shall maintain post-petition contractual monthly loan payments due to Movant going forward, beginning with the payment due January 1, 2020 in the amount of $1,216.44.

3. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay. In the event of a second default pursuant to the terms of this Stipulation, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

4. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

5. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

Date: December 30, 2019

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 1/7/2020

Michael A. Cataldo, Esquire
Attorney for Debtor

Adam Williams

Date: 1/10/20

William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights and remedies.

# ORDER

Approved by the Court this 15th day of January, 2020. However, the court retains discretion regarding entry of any further order.

Eric L. Frank
Bankruptcy Judge