# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10120-ELF

ADAM L WILLIAMS

1414 BARRINGER STREET

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ADAM L WILLIAMS

    1414 BARRINGER STREET

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 9/22/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee