# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | |
| **Adam L Williams** : | Case No.: 18-10120 |
| : | **Chapter 13** |
| Debtor(s). : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan ChaseBank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates,Series 2006-2** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter                                             /s/ Sarah E. Barngrover
Karina Velter (94781)                                    Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC                        Manley Deas Kochalski LLC
P.O. Box 165028                                             P.O. Box 165028
Columbus, OH  43216-5028                         Columbus, OH  43216-5028
Telephone: 614-220-5611                             614-220-5611; Fax: 614-627-8181
Fax: 614-627-8181                                          sebarngrover@manleydeas.com

18-001347_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-10120** |
| **Adam L Williams** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan ChaseBank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates,Series 2006-2** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |

**Adam L Williams**

**William C. Miller**

              **Respondents.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

   Michael A. Cibik2, Attorney for Adam L Williams, 1500 Walnut Street, Suite 900, Philadelphia, PA  19102, ecf@ccpclaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

   Adam L Williams, 1414 Barringer Street, Philadelphia, PA  19150

   Adam L Williams, 1414 E Barringer Street, Philadelphia, PA  19150

18-001347_PS

City of Philadelphia, 1401 JFK Blvd, Room 580, Major Tax Unit/Bankruptcy Dept., Philadelphia, PA  19102

DATE: <u>March 6, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-001347_PS