Certificate Number: 16339-PAE-DE-037167663

Bankruptcy Case Number: 18-10120



16339-PAE-DE-037167663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2023, at 8:26 o'clock AM EST, Adam Williams completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 8, 2023            By:    /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title: Certified Financial Counselor