United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10120-amc
Adam L. Williams     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 27, 2023     Form ID: 138OBJ     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adam L. Williams, 1414 Barringer Street, Philadelphia, PA 19150-3703 |
| 14039942 | + | Acs Inc, Attn: Bankruptcy, Po Box 56317, Philadelphia, PA 19130-6317 |
| 14039944 | | Capital Collection Svc, 300 N Route 73, West Berlin, NJ 08091 |
| 14039945 | + | Central Financial Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 14039940 | + | Commonwealth of PA, PennDOT Chief Counsel, 1101 S. Front Street, 3rd Floor, Harrisburg, PA 17104-2503 |
| 14039950 | + | Lease Rental, 45 Haverhill St, Andover, MA 01810-1499 |
| 14039953 | | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14039956 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14385883 | + | The Bank of New York Mellon, c/o Kevin G. McDonald, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14039957 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |
| 14039958 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14039959 | + | Wells Fargo Home Mortgage, Inc., PO Box 14591, Des Moines, IA 50306-3591 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14039941 | + | Email/Text: g20956@att.com | Jul 27 2023 23:35:00 | A T & T Wireless, P.O. Box 8220, Aurora, IL 60572-8220 |
| 14044417 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2023 23:35:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14039943 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2023 23:35:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 14074333 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 23:39:42 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14039946 | | Email/Text: megan.harper@phila.gov | Jul 27 2023 23:35:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14039947 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2023 23:39:56 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14039948 | + | Email/Text: G06041@att.com | | |

Case 18-10120-amc Doc 94 Filed 07/29/23 Entered 07/30/23 00:27:29 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 27 2023 23:35:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14039936 | | Email/Text: bankruptcycourts@equifax.com | Jul 27 2023 23:35:00 | Equifax, PO Box 740241, Atlanta, GA 30374 |
| 14039937 | ^ | MEBN | Jul 27 2023 23:33:06 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 14039949 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 27 2023 23:39:55 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14039939 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 23:35:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 14074201 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 23:39:27 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14039951 | | Email/Text: amps@manleydeas.com | Jul 27 2023 23:34:00 | Manley Deas Kochalski, LLC, PO Box 165028, Columbus, OH 43216 |
| 14039952 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 23:35:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14039955 | ^ | MEBN | Jul 27 2023 23:33:09 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14039954 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 27 2023 23:35:00 | Peco Energy, 2301 Market Street # N 3-1, Philadelphia, PA 19103-1380 |
| 14056713 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2023 23:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14286561 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2023 23:35:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14057361 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 23:50:13 | The Bank of New York Mellon, c/o Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14039938 | ^ | MEBN | Jul 27 2023 23:33:07 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14082404 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2023              Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 27, 2023 | Form ID: 138OBJ | Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon et al ... bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Adam L. Williams mail@cibiklaw.com cibiklawpc@jubileebk.net;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Adam L. Williams
        Debtor(s)                           Case No: 18−10120−amc
                                            Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/27/23

93 − 92
Form 138OBJ